| | | |
|---|---|---|
| **LINDA KOCHER** | * | **NO. 2019-CA-0993** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **TRUTH IN POLITICS, INC., AND CAUSEWAY** | * | **FOURTH CIRCUIT** |
| **CONNECTION PAC** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

**DYSART, J., CONCURS AND ADDS REASONS**

I respectfully concur with the majority finding that the order issued herein lacks specificity in accordance with La.C.C.P. art. 3605; however, I write further to add that this technical procedural error should not diminish the substantive finding of the trial court.

The political ad at issue for our State's highest office states that Governor Edward's associate "scored big", was "poise[d] to cash in up to $65 million, and that his company had a "lucrative deal."

All of those statements are false, misleading, or at the very least, quoting Winston Churchhill, a "terminological inexactitude." For defendants/respondents to refer to these statements as "mere political hyperbole" is disingenuous and reckless on the part of those seeking to elect our State's Governor.